## GARZA v. STATE.
### No. 20821.

Court of Criminal Appeals of Texas.
Feb. 7, 1940.

Gus Garcia, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for unlawfully carrying a pistol; punishment being sixty days in jail.

No statement of facts or bills of exception are found in the record. In this condition nothing is presented for review.

The judgment is affirmed.